(112 So. 918)

Joe S. NORTON v. BANK of ACWORTH. (1 Div. 414.) Supreme Court of Alabama. April 7, 1927. Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

**2**

(112 So. 918)

J. E. PACE v. John WOOTEN et al. (6 Div. 754.) Supreme Court of Alabama. April 21, 1927. Appeal from Circuit Court, Cullman County; O. Kyle, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

**3**

(112 So. 918)

Lige PINSON et al. v. Oates HATTAWAY. (4 Div. 292.) Supreme Court of Alabama. March 29, 1927. Appeal from Circuit Court, Coffee County; W. L. Parks, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

**4**

(112 So. 918)

Mrs. L. C. REMINGTON v. Imogene RYLEE. (8 Div. 900.) Supreme Court of Alabama. May 17, 1927. Appeal from Circuit Court, Colbert County; Chas. P. Almon, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

**5**

(112 So. 918)

O. L. SKIPPER v. M. A. BROWN et al. (4 Div. 304.) Supreme Court of Alabama. March 29, 1927. Appeal from Circuit Court, Dale County; J. S. Williams, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

**6**

(112 So. 918)

SOUTHERN INSURANCE CO. v. Rebecca TATE. (6 Div. 940.) Supreme Court of Alabama. May 19, 1927. Certiorari to Court of Appeals. Bradley, Baldwin, All & White, of Birmingham, for petitioner. William A. Jacobs, of Birmingham, opposed.

PER CURIAM. Petition of the Southern Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Southern Insurance Co. v. Tate, 112 So. 365. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.

---

**7**

(112 So. 918)

A. T. SPEIGHTS v. McCORMACK BROS. MOTOR CAR CO. (6 Div. 773.) Supreme Court of Alabama. April 21, 1927. Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

**8**

(112 So. 919)

STATE v. HAMMOND MOTOR CO. (5 Div. 969.) Supreme Court of Alabama. April 21, 1927. Appeal from Circuit Court, Chilton County; George F. Smoot, Judge. Charlie C. McCall, Atty. Gen., for appellant. L. F. Gerald, of Clanton, for appellee.

BROWN, J. This case was submitted without brief for appellant or assignment of error on the record. Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

---

**9**

(112 So. 919)

STATE ex rel. George S. HENDERSON v. Mary W. KING and Henderson C. Bullock. (8 Div. 799.) Supreme Court of Alabama. May 17, 1927. Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

**10**

(112 So. 919)

Cora R. THOMPSON v. BOARD OF COMMISSIONERS OF THE STATE BAR. (6 Div. 816.) Supreme Court of Alabama. March 24, 1927. Original petition for supersedeas to the Board of Commissioners of the State Bar. W. S. Pritchard, J. F. Thompson, and Thompson & Thompson, all of Birmingham, for appellant. J. Q. Smith, of Birmingham, for appellee.

PER CURIAM. This cause is a companion to and was submitted with the cause of Von L. Thompson v. Board of Commissioners of the State Bar, 112 So. 919.[1] After a careful consideration of the evidence in this cause, while this appellant was the law partner of her father, Von L. Thompson, and was indirectly interested in the matters charged to him, we do not think it is sufficiently established that she was conscious of his conduct or the result of same, and that the board of commissioners was in error in suspending her from the bar, and its order is reversed and a judgment is here rendered dismissing the information against her. Reversed and remanded.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.

---

**11**